UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MAXIM GROUP LLC,

    Plaintiff,

    v.

ACLARION INC.,

    Defendant.

No. 1:25-cv-01496 (JSR)

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Maxim Group LLC by and through its undersigned attorney, submits the following Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and states as follows: Plaintiff Maxim Group LLC hereby voluntarily dismisses with prejudice all claims against Defendant Aclarion Inc. Each party shall bear its own attorneys' fees and costs.

Dated: March 13, 2025

    MAXIM GROUP LLC

    By: _____

    Ian Hummel
    Associate General Counsel
    300 Park Avenue, 16th Floor
    New York, New York 10022
    212-895-3500
    ihummel@maximgrp.com

    *Attorney for Plaintiff Maxim Group LLC*